UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
HONOLULU DIVISION

In Re: §
§
THE MORTGAGE STORE INC. § Case No. 10-03454
§
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANE S. FIELD, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
1132 Bishop Street, Suite 250-L
Honolulu, HI 96813

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____  By: /s/ Dane S. Field_____
                                                                                                               Chapter 7 Trustee

*DANE S. FIELD, TRUSTEE*
*P.O. Box 4198*
*Honolulu, HI 96812*

In Re: §
§
§
THE MORTGAGE STORE INC. § Case No. 10-03454
§
Debtor §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 13,402,110.59 |
| and approved disbursements of | $ | 10,341,255.87 |
| leaving a balance on hand of[1] | $ | 3,060,854.72 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| | as Trustee for ABFC 2006-OPT2 Wells Fargo Bank N. A. | $ 586,986.50 | $ 1,150,240.49 | $ 1,150,240.49 | $ 0.00 |
| | HSBC First Mtg. | $ 524,000.00 | $ 696,819.48 | $ 696,819.48 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 3,060,854.72 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DANE S. FIELD | $ 425,267.64 | $ 297,504.02 | $ 127,763.62 |
| Trustee Expenses: DANE S. FIELD | $ 4,454.69 | $ 2,886.87 | $ 1,567.82 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: Sater Seymour and Pease LLP. Vorys | $ 12,586.00 | $ 12,586.00 | $ 0.00 |
| Accountant for Trustee Fees: KMH LLP | $ 316,768.40 | $ 286,175.74 | $ 30,592.66 |
| Accountant for Trustee Expenses: KMH LLP | $ 87.95 | $ 87.95 | $ 0.00 |
| Charges: Justice Court 1-2 | $ 427.00 | $ 427.00 | $ 0.00 |
| Other: AATS LLC | $ 31,449.62 | $ 31,449.62 | $ 0.00 |
| Other: Adient Pest Solutions | $ 189.44 | $ 189.44 | $ 0.00 |
| Other: Advent Pest Control | $ 378.88 | $ 378.88 | $ 0.00 |
| Other: Attorney Doc Prep | $ 394.76 | $ 394.76 | $ 0.00 |
| Other: bank fees | $ 7.50 | $ 7.50 | $ 0.00 |
| Other: Bank Fees | $ 131.62 | $ 131.62 | $ 0.00 |
| Other: Bank of Hawaii | $ 1,037,738.11 | $ 1,037,738.11 | $ 0.00 |
| Other: Bienert Miller & Katzman, PLC | $ 21,727.15 | $ 21,727.15 | $ 0.00 |
| Other: Bienert Miller & Katzman, PLC | $ 3,640.72 | $ 3,640.72 | $ 0.00 |
| Other: Borrowers Charges Per Report of Sale | $ 7,024.33 | $ 7,024.33 | $ 0.00 |
| Other: Bryan Cantu (Yard Work) | $ 940.00 | $ 940.00 | $ 0.00 |
| Other: Cades Schutte LLP | $ 1,667.07 | $ 1,667.07 | $ 0.00 |
| Other: Carlos Garza Small CLaims Rep. | $ 712.98 | $ 712.98 | $ 0.00 |
| Other: Century 21 and ERA Pacific Properties | $ 21,800.00 | $ 21,800.00 | $ 0.00 |
| Other: City of Westlaco | $ 838.02 | $ 838.02 | $ 0.00 |
| Other: Closing cost paid by seller see Report of Sale | $ 1,290.00 | $ 1,290.00 | $ 0.00 |
| Other: Closing Costs Lines 506-508 Report of Sale | $ 2,613.59 | $ 2,613.59 | $ 0.00 |
| Other: Closing Fee Talon Title | $ 40.00 | $ 40.00 | $ 0.00 |
| Other: Coldwell Banker Island Properites | $ 13,050.00 | $ 13,050.00 | $ 0.00 |
| Other: CONDO ASSOC DUES & TRANSFER FEE | $ 820.00 | $ 820.00 | $ 0.00 |
| Other: County Tax Stamps | $ 250.00 | $ 250.00 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: County Taxes | $ 3,359.79 | $ 3,359.79 | $ 0.00 |
| Other: Deleware County Treasurer | $ 2,391.46 | $ 2,391.46 | $ 0.00 |
| Other: Document Services of Maui | $ 354.18 | $ 354.18 | $ 0.00 |
| Other: Enrique Espana (yard work) | $ 975.00 | $ 975.00 | $ 0.00 |
| Other: Enver Painter, Jr. | $ 63,047.10 | $ 63,047.10 | $ 0.00 |
| Other: Enver W. Painter Jr., ALC | $ 793.80 | $ 793.80 | $ 0.00 |
| Other: Equity One Real Estate | $ 10,395.00 | $ 10,395.00 | $ 0.00 |
| Other: Equity One Real Estate Inc. | $ 60,900.00 | $ 60,900.00 | $ 0.00 |
| Other: Escrow Fee | $ 1,730.71 | $ 1,730.71 | $ 0.00 |
| Other: Esequiel Torres (labor) | $ 375.00 | $ 375.00 | $ 0.00 |
| Other: Fast Air AC and Heating | $ 4,025.00 | $ 4,025.00 | $ 0.00 |
| Other: filing fee for order approving sale | $ 33.00 | $ 33.00 | $ 0.00 |
| Other: Gerry Canales Doc. P L. G. | $ 325.00 | $ 325.00 | $ 0.00 |
| Other: Gloria Guerrero Cleaning | $ 825.00 | $ 825.00 | $ 0.00 |
| Other: Gov Recording and Transfer Charges | $ 64.00 | $ 64.00 | $ 0.00 |
| Other: Gov. Recording Transfer Charges | $ 3,148.34 | $ 3,148.34 | $ 0.00 |
| Other: Government recording and Transfer Charges | $ 2,437.50 | $ 2,437.50 | $ 0.00 |
| Other: Hidalgo County | $ 40.00 | $ 40.00 | $ 0.00 |
| Other: Hidalgo Property Tax Service | $ 124.49 | $ 124.49 | $ 0.00 |
| Other: HOA Condo Fees | $ 4,043.00 | $ 4,043.00 | $ 0.00 |
| Other: HOA Dues | $ 288.00 | $ 288.00 | $ 0.00 |
| Other: Insurance paid by Mgt. Co. | $ 49.44 | $ 49.44 | $ 0.00 |
| Other: Javier Beltran | $ 3,800.00 | $ 3,800.00 | $ 0.00 |
| Other: Jessie Garcia | $ 80.00 | $ 80.00 | $ 0.00 |
| Other: Juan Medina Mgt. Fees. | $ 18,147.96 | $ 18,147.96 | $ 0.00 |
| Other: k Seymour and Pease LLP Vorys Sater | $ 241.60 | $ 241.60 | $ 0.00 |
| Other: KeALII Ocean Villas Homeowners Assoc. | $ 7,200.00 | $ 7,200.00 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Keller Williams and HER Real Living | $ 7,500.00 | $ 7,500.00 | $ 0.00 |
| Other: Keller Williams Classic Properties | $ 6,400.00 | $ 6,400.00 | $ 0.00 |
| Other: Kiefer & Garneau LLC | $ 8,356.23 | $ 8,356.23 | $ 0.00 |
| Other: Kiefer & Garneau LLC | $ 17.28 | $ 17.28 | $ 0.00 |
| Other: Klevansky Piper LLP | $ 2,283,121.03 | $ 2,283,121.03 | $ 0.00 |
| Other: Klevansky Piper LLP | $ 148,803.16 | $ 148,803.16 | $ 0.00 |
| Other: Lowes | $ 329.66 | $ 329.66 | $ 0.00 |
| Other: Mahanalua Nui AOAO | $ 60.67 | $ 60.67 | $ 0.00 |
| Other: Mancfini Welch | $ 156.25 | $ 156.25 | $ 0.00 |
| Other: Martin Garcia Plumbing | $ 10,498.00 | $ 10,498.00 | $ 0.00 |
| Other: Martinez Furn. and App. | $ 703.63 | $ 703.63 | $ 0.00 |
| Other: Max Service Center (refridge service) | $ 229.49 | $ 229.49 | $ 0.00 |
| Other: Mid Valley Town Crier | $ 98.70 | $ 98.70 | $ 0.00 |
| Other: Moffett Properties | $ 84,345.00 | $ 84,345.00 | $ 0.00 |
| Other: Moffett Properties | $ 6,613.56 | $ 6,613.56 | $ 0.00 |
| Other: Moffett Properties & Islan Sotherbys | $ 30,600.66 | $ 30,600.66 | $ 0.00 |
| Other: Moffett Properties | Caldwell Banker Realtor fees | $ 41,500.00 | $ 41,500.00 | $ 0.00 |
| Other: Moffett Properties and HI Life Real Estate Brokers | $ 33,200.00 | $ 33,200.00 | $ 0.00 |
| Other: Moffett Properties and KW Island lIving | $ 58,500.00 | $ 58,500.00 | $ 0.00 |
| Other: Moffett Properties Expenses | $ 1,177.35 | $ 1,177.35 | $ 0.00 |
| Other: Ohio Condo Utilities Paid by Mgt Co. | $ 130.35 | $ 130.35 | $ 0.00 |
| Other: Ohio GL Insurance on Condos | $ 99.00 | $ 99.00 | $ 0.00 |
| Other: Order and Release of Mtg. | $ 62.00 | $ 62.00 | $ 0.00 |
| Other: Owners Title Insurance | $ 826.56 | $ 826.56 | $ 0.00 |
| Other: Post Master (postage) | $ 162.49 | $ 162.49 | $ 0.00 |
| Other: Property Tax | $ 3,792.30 | $ 3,792.30 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Property Taxes | $ 14,545.99 | $ 14,545.99 | $ 0.00 |
| Other: Quilling Selander Lowdens Winslett & Moser PC | $ 64,773.50 | $ 64,773.50 | $ 0.00 |
| Other: Quilling Selander Lowdens Winslett & Moser PC | $ 5,219.11 | $ 5,219.11 | $ 0.00 |
| Other: Real Property Mgt Inc. | $ 280.00 | $ 280.00 | $ 0.00 |
| Other: Real Property Taxes | $ 6,809.26 | $ 6,809.26 | $ 0.00 |
| Other: REAL PROPERTY TAXES 2012 | $ 1,579.59 | $ 1,579.59 | $ 0.00 |
| Other: Realtor Commissions | $ 24,246.00 | $ 24,246.00 | $ 0.00 |
| Other: Recording Charges | $ 18,354.00 | $ 18,354.00 | $ 0.00 |
| Other: Recording Fees | $ 26.00 | $ 26.00 | $ 0.00 |
| Other: Recording Order Auth. Sale | $ 122.00 | $ 122.00 | $ 0.00 |
| Other: Reyes Salinas (AC Work) | $ 120.00 | $ 120.00 | $ 0.00 |
| Other: RP Tax County of Maui | $ 666.30 | $ 666.30 | $ 0.00 |
| Other: self storage to remove (squatter) Abatie Clean up | $ 3,712.50 | $ 3,712.50 | $ 0.00 |
| Other: Seller Credit For needed Repairs and cleaning | $ 52,000.00 | $ 52,000.00 | $ 0.00 |
| Other: SELLER PAID CLOSING COSTS | $ 3,670.00 | $ 3,670.00 | $ 0.00 |
| Other: Seller Pay TItle INsurance | $ 1,355.40 | $ 1,355.40 | $ 0.00 |
| Other: Seller Reimb for Transfer Tax | $ 519.80 | $ 519.80 | $ 0.00 |
| Other: Seller Reimbursement for Escrow Fee | $ 729.16 | $ 729.16 | $ 0.00 |
| Other: Seller Reimbursement for Tile Ins. | $ 947.40 | $ 947.40 | $ 0.00 |
| Other: Seller Reimbusement for Transfer Tax | $ 435.00 | $ 435.00 | $ 0.00 |
| Other: Seller Title Fee | $ 1,260.60 | $ 1,260.60 | $ 0.00 |
| Other: Stanley Steamer | $ 768.26 | $ 768.26 | $ 0.00 |
| Other: Stream Energy | $ 1,444.00 | $ 1,444.00 | $ 0.00 |
| Other: Talan AGT | $ 40.00 | $ 40.00 | $ 0.00 |
| Other: Talan TItle Agency Fees | $ 375.00 | $ 375.00 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: TAX SERVICE FEE WELLS FARGO | $ 80.00 | $ 80.00 | $ 0.00 |
| Other: Tax Stamps City & County | $ 375.00 | $ 375.00 | $ 0.00 |
| Other: Taxes | $ 4,952.56 | $ 4,952.56 | $ 0.00 |
| Other: TG Escrow Services Inc. | $ 2,205.45 | $ 2,205.45 | $ 0.00 |
| Other: TG of Hawaii | $ 2,604.25 | $ 2,604.25 | $ 0.00 |
| Other: Title and Escrow Charges | $ 4,063.60 | $ 4,063.60 | $ 0.00 |
| Other: Title Charges | $ 987.50 | $ 987.50 | $ 0.00 |
| Other: Title Insurance | $ 1,910.16 | $ 1,910.16 | $ 0.00 |
| Other: TITLE SEARCH AND BINDER FEES | $ 250.00 | $ 250.00 | $ 0.00 |
| Other: Title Services | $ 107.08 | $ 107.08 | $ 0.00 |
| Other: Transfer Taxes | $ 2,425.02 | $ 2,425.02 | $ 0.00 |
| Other: Tras. Tax Seller Pay Title Ins. Escrow fee | $ 4,326.77 | $ 4,326.77 | $ 0.00 |
| Other: Utilities paid by Mgt. Co. | $ 116.20 | $ 116.20 | $ 0.00 |
| Other: Valley Land Title Co. | $ 2,267.00 | $ 2,267.00 | $ 0.00 |
| Other: Weslaco Hardware | $ 714.32 | $ 714.32 | $ 0.00 |
| Other: Williams Kastner & Gibbs, PLLC | $ 35,343.00 | $ 35,343.00 | $ 0.00 |
| Other: Williams Kastner & Gibbs, PLLC | $ 7,800.94 | $ 7,800.94 | $ 0.00 |
| Other: Yellow Pepper Properties | $ 2,700.00 | $ 2,700.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses  $ 159,924.10

Remaining Balance  $ 2,900,930.62

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 711.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 115 | Dept. of Taxation | $ 711.00 | $ 711.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 0.00 |
| Remaining Balance | $ 2,900,930.62 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,439,155.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 45.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| LT-A | Lynn LaTendresse | $ 39,618.44 | $ 9,261.24 | $ 13,256.65 |
| 1A | Roberta Marochi | $ 161,843.36 | $ 37,832.64 | $ 54,154.09 |
| 2A | Josephine Simpson | $ 153,156.51 | $ 35,801.99 | $ 51,247.41 |
| 3A | Todd & Tia Brainard | $ 148,229.31 | $ 34,650.20 | $ 49,598.73 |
| 4A | John & Ryuko Barkman | $ 21,776.53 | $ 5,090.50 | $ 7,286.60 |
| 5A | Debbi Brown | $ 146,500.73 | $ 34,246.13 | $ 49,020.33 |
| 6A | Gordon K. Brown | $ 29,500.00 | $ 6,895.94 | $ 9,870.94 |
| 7A | Steven & Ligya Powell | $ 61,124.77 | $ 14,288.58 | $ 20,452.84 |
| 8A | Alan Blight | $ 311,337.99 | $ 72,778.62 | $ 104,176.21 |
| 9A | Margaret Trina Shepherd | $ 10,000.00 | $ 2,337.61 | $ 3,346.08 |
| 10A | Douglas J. Sameshima, Estate of Barbara A. Gaston | $ 172,894.49 | $ 40,415.96 | $ 57,851.89 |
| 11A | Vincent S. Davi and Rose Marie Davi | $ 20,000.00 | $ 4,675.22 | $ 6,692.16 |
| 12A | George & Cyndi Davis | $ 69,744.00 | $ 16,303.41 | $ 23,336.91 |
| 13A | Stephen Juarez | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 14A | Kevin Harrington | $ 62,084.78 | $ 14,512.99 | $ 20,774.07 |
| 15A | Rick McGovern | $ 507,815.00 | $ 118,707.25 | $ 169,919.00 |
| 16A | Gordon & Aileen Cockett | $ 152,814.69 | $ 35,722.09 | $ 51,133.03 |
| 17A | Gordon & Aileen Cockett | $ 50,000.00 | $ 11,688.04 | $ 16,730.40 |
| 18A | Gordon & Aileen Cockett | $ 12,000.00 | $ 2,805.13 | $ 4,015.30 |
| 19A | Marcia Williams | $ 113,500.00 | $ 26,531.85 | $ 37,978.02 |
| 20A | Madeline Vida Allen | $ 211,749.84 | $ 49,498.81 | $ 70,853.21 |
| 21A | Madeline Vida Allen | $ 84,649.02 | $ 19,787.62 | $ 28,324.25 |
| 22A | Keith & Susan Kokos | $ 20,000.00 | $ 4,675.22 | $ 6,692.16 |
| 23A | Bonnie & William Prucha | $ 78,050.95 | $ 18,245.25 | $ 26,116.48 |
| 24A | John Schardt | $ 33,295.64 | $ 7,783.22 | $ 11,140.99 |
| 25A | Mirasol & Alex Ramelb | $ 7,400.00 | $ 1,729.83 | $ 2,476.10 |
| 26A | Raymond Ramelb | $ 10,000.00 | $ 2,337.61 | $ 3,346.08 |
| 27A | Robin Aguilera | $ 1,885.47 | $ 440.75 | $ 630.89 |
| 28A | Barbara Newton | $ 0.00 | $ 0.00 | $ 0.00 |
| 29A | Steve & Ohua Morando | $ 15,000.00 | $ 3,506.41 | $ 5,019.12 |
| 30A | Susan Beer | $ 60,200.00 | $ 14,072.40 | $ 20,143.41 |
| 31A | Bill & Paula Richard | $ 50,000.00 | $ 11,688.04 | $ 16,730.40 |
| 32A | Mark Ambre | $ 0.00 | $ 0.00 | $ 0.00 |
| 33A | Leslie & Richard Weed | $ 88,500.00 | $ 16,090.40 | $ 34,210.25 |
| 34A | Matthew & Jamie Holtvedt | $ 6,200.00 | $ 1,449.32 | $ 2,074.57 |
| 35A | Nancy Halsell | $ 80,039.59 | $ 18,710.12 | $ 26,781.89 |
| 36A | Keala & Hannah Aiwohi | $ 46,461.37 | $ 10,860.85 | $ 15,546.35 |
| 37A | Thomas McCabe and Dorothy Craven | $ 35,475.00 | $ 8,292.66 | $ 11,870.23 |
| 38A | Niels Van Wessem | $ 9,385.72 | $ 2,194.01 | $ 3,140.54 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 39A | Julliette Bello | $ 7,314.28 | $ 1,709.79 | $ 2,447.42 |
| 40A | Frank Santiago, Jr. | $ 101,488.45 | $ 23,724.02 | $ 33,958.86 |
| 41A | Jose & Carla Rodrigues | $ 50,064.54 | $ 11,703.13 | $ 16,752.00 |
| 42A | Matthew & Julie Brumley | $ 3,925.52 | $ 917.63 | $ 1,313.51 |
| 43A | Brian & Teresa Ferreira | $ 53,461.11 | $ 12,497.11 | $ 17,888.52 |
| 44A | Velma Panlasigui | $ 72,092.14 | $ 16,852.32 | $ 24,122.61 |
| 45A | Tony & Lulu Panlasigui | $ 113,366.14 | $ 26,500.56 | $ 37,933.23 |
| 46A | Steven Hatcher | $ 14,402.58 | $ 3,366.76 | $ 4,819.22 |
| 47A | Randall & Jan Ayala | $ 10,965.00 | $ 2,563.19 | $ 3,668.97 |
| 48A | Donna Wilson | $ 494,515.86 | $ 115,598.43 | $ 165,469.00 |
| 49A | Spencer Carter | $ 181,053.43 | $ 42,323.20 | $ 60,581.94 |
| 50A | Marshall Mainaga | $ 14,353.12 | $ 3,355.20 | $ 4,802.67 |
| 51A | Rodney & Marieta Anoba | $ 33,454.83 | $ 7,820.43 | $ 11,194.25 |
| 52A | Helena Ross Brown | $ 7,660.93 | $ 1,790.83 | $ 2,563.40 |
| 53A | Melinda Lacour | $ 68,083.21 | $ 15,915.19 | $ 22,781.19 |
| 54A | Jon & Lydia Toda | $ 103,997.00 | $ 24,310.42 | $ 34,798.24 |
| 55A | John & Robin Putman | $ 24,000.00 | $ 5,610.26 | $ 8,030.59 |
| 56A | Jim & Carol Contreras | $ 119,890.00 | $ 28,025.58 | $ 40,116.17 |
| 57A | William & Janice Wimberley | $ 30,000.00 | $ 7,012.82 | $ 10,038.25 |
| 58A | Rafael & Kathleen Castro | $ 4,391.58 | $ 1,026.58 | $ 1,469.46 |
| 59A | Garrick & Okja Hinaga | $ 32,819.35 | $ 7,671.88 | $ 10,981.62 |
| 60A | Kai & Cindy Johnson | $ 2,100.00 | $ 490.90 | $ 702.67 |
| 61A | Cynthia Liebe-Johnson | $ 6,470.00 | $ 1,512.43 | $ 2,164.92 |
| 62A | Brenda Hinaga | $ 18,513.51 | $ 4,327.73 | $ 6,194.77 |
| 63A | Joe & Marie Daleo | $ 550,700.00 | $ 128,732.08 | $ 184,268.67 |
| 64A | Shelley Johnson | $ 65,241.44 | $ 15,250.89 | $ 21,830.32 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 65A | Paula Ambre | $ 85,026.00 | $ 19,875.75 | $ 28,450.38 |
| 66A | James & Barbara Noel | $ 12,235.00 | $ 2,860.06 | $ 4,093.93 |
| 67A | Damien Carbonel | $ 187,868.30 | $ 43,916.25 | $ 62,862.25 |
| 68A | Jacquelynne Mauvais | $ 66,248.17 | $ 15,486.23 | $ 22,167.17 |
| 69A | Chad Viela | $ 70,281.99 | $ 16,429.18 | $ 23,516.92 |
| 70A | Doug Harris | $ 6,859.98 | $ 1,603.59 | $ 2,295.41 |
| 71A | James Quitan | $ 17,663.00 | $ 4,128.92 | $ 5,910.18 |
| 72A | Patrick and Kathryn Collins | $ 0.00 | $ 0.00 | $ 0.00 |
| 73A | Daniel Coleman and Franki Servetti-Coleman | $ 236,422.84 | $ 55,266.40 | $ 79,108.99 |
| 74A | Ronald & Edna Balagso | $ 156,376.00 | $ 36,554.58 | $ 52,324.67 |
| 75A | Darla Palmer | $ 53,563.42 | $ 12,521.03 | $ 17,922.75 |
| 76A | Donna Vida | $ 24,200.00 | $ 5,657.01 | $ 8,097.52 |
| 77A | Brian & Christine Haruguchi | $ 414,747.69 | $ 96,951.76 | $ 138,777.93 |
| 78A | Bert & Leona Kauhane | $ 152,983.87 | $ 35,761.63 | $ 51,189.64 |
| 79A | Peter Sansome | $ 170,000.00 | $ 39,739.34 | $ 56,883.37 |
| 80A | Hisa Fukuda | $ 21,129.18 | $ 4,939.17 | $ 7,070.00 |
| 81A | Kay Fukuda | $ 12,000.00 | $ 2,805.13 | $ 4,015.30 |
| 82A | Linda Sanford-Phillips | $ 26,500.00 | $ 6,194.66 | $ 8,867.12 |
| 83A | Maria Valentine | $ 26,292.58 | $ 6,146.17 | $ 8,797.71 |
| 84A | Hayden & Wendy Pogni | $ 31,567.87 | $ 7,379.33 | $ 10,562.87 |
| 85A | Hayden and Wendy Pogni | $ 154,975.93 | $ 36,227.30 | $ 51,856.20 |
| 86A | Gianna Pogni | $ 4,000.00 | $ 935.04 | $ 1,338.44 |
| 88 | Lee Aaron & Jinny Yap | $ 100,467.83 | $ 23,485.44 | $ 33,617.35 |
| 89A | Loreto Enrique | $ 295,261.63 | $ 69,020.60 | $ 98,796.93 |
| 91A | Albert G. Fleming & Gloria G. Abbott | $ 24,429.89 | $ 5,710.75 | $ 8,174.44 |
| 92A | Joanie Minkler | $ 16,163.72 | $ 3,778.44 | $ 5,408.52 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 93A | Jeff & Iris Ota | $ 87,768.93 | $ 20,516.94 | $ 29,368.19 |
| 94A | Troy & Brandy Rickard | $ 9,800.00 | $ 2,290.86 | $ 3,279.16 |
| 95A | Vonnie C. Carter | $ 21,818.47 | $ 5,100.30 | $ 7,300.64 |
| 96A | Bonnie Gaddo | $ 14,148.49 | $ 3,307.36 | $ 4,734.20 |
| 97A | John Caputo | $ 100,000.00 | $ 23,376.08 | $ 33,460.81 |
| 98A | Dirk Reith & Alicia de Ramer | $ 14,642.91 | $ 3,422.94 | $ 4,899.63 |
| 99A | Alicia de Ramer | $ 5,500.00 | $ 1,285.68 | $ 1,840.35 |
| 100A | Alicia de Ramer | $ 39,763.27 | $ 9,295.09 | $ 13,305.12 |
| 101A | Buena G. Balagso | $ 142,000.00 | $ 21,700.45 | $ 59,007.93 |
| 103A | Chelsea Mauvais | $ 9,999.00 | $ 2,337.37 | $ 3,345.75 |
| 104A | Carolina DeCalisto | $ 5,415.00 | $ 1,265.81 | $ 1,811.91 |
| 113 | Capital One Bank | $ 262,500.00 | $ 61,362.21 | $ 87,834.63 |
| LT-B | Lynn LaTendresse | $ 40,381.56 | $ 0.00 | $ 0.00 |
| 1B | Roberta Marochi | $ 22,776.98 | $ 0.00 | $ 0.00 |
| 2B | Josephine Simpson | $ 12,841.98 | $ 0.00 | $ 0.00 |
| 3B | Todd & Tia Brainard | $ 25,441.85 | $ 0.00 | $ 0.00 |
| 4B | John & Ryuko Barkman | $ 3,578.69 | $ 0.00 | $ 0.00 |
| 5B | Debbi Brown | $ 23,321.24 | $ 0.00 | $ 0.00 |
| 6B | Gordon K. Brown | $ 21,582.02 | $ 0.00 | $ 0.00 |
| 7B | Steven & Ligya Powell | $ 25,875.23 | $ 0.00 | $ 0.00 |
| 8B | Alan Blight | $ 73,048.72 | $ 0.00 | $ 0.00 |
| 9B | Margaret Trina Shepherd | $ 1,966.44 | $ 0.00 | $ 0.00 |
| 10B | Douglas J. Sameshima, Estate of Barbara A. Gaston | $ 83,535.44 | $ 0.00 | $ 0.00 |
| 11B | Vincent S. Davi and Rose Marie Davi | $ 5,211.74 | $ 0.00 | $ 0.00 |
| 12B | George & Cyndi Davis | $ 11,489.05 | $ 0.00 | $ 0.00 |
| 14B | Kevin Harrington | $ 6,110.22 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 15B | Rick McGovern | $ 37,403.95 | $ 0.00 | $ 0.00 |
| 16B | Gordon & Aileen Cockett | $ 65,185.31 | $ 0.00 | $ 0.00 |
| 17B | Gordon & Aileen Cockett | $ 18,330.94 | $ 0.00 | $ 0.00 |
| 18B | Gordon & Aileen Cockett | $ 3,752.85 | $ 0.00 | $ 0.00 |
| 19B | Marcia Williams | $ 6,868.95 | $ 0.00 | $ 0.00 |
| 20B | Madeline Vida Allen | $ 56,322.62 | $ 0.00 | $ 0.00 |
| 21B | Madeline Vida Allen | $ 18,537.08 | $ 0.00 | $ 0.00 |
| 22B | Keith & Susan Kokos | $ 585.00 | $ 0.00 | $ 0.00 |
| 23B | Bonnie & William Prucha | $ 42,461.73 | $ 0.00 | $ 0.00 |
| 24B | John Schardt | $ 66,704.36 | $ 0.00 | $ 0.00 |
| 25B | Mirasol & Alex Ramelb | $ 2,479.05 | $ 0.00 | $ 0.00 |
| 26B | Raymond Ramelb | $ 334.42 | $ 0.00 | $ 0.00 |
| 27B | Robin Aguilera | $ 13,313.86 | $ 0.00 | $ 0.00 |
| 28B | Barbara Newton | $ 21,263.78 | $ 0.00 | $ 0.00 |
| 29B | Steve & Ohua Morando | $ 395.46 | $ 0.00 | $ 0.00 |
| 30B | Susan Beer | $ 7,464.43 | $ 0.00 | $ 0.00 |
| 31B | Bill & Paula Richard | $ 5,439.20 | $ 0.00 | $ 0.00 |
| 32B | Mark Ambre | $ 23,475.00 | $ 0.00 | $ 0.00 |
| 33B | Leslie & Richard Weed | $ 17,392.49 | $ 0.00 | $ 0.00 |
| 34B | Matthew & Jamie Holtvedt | $ 1,186.12 | $ 0.00 | $ 0.00 |
| 35B | Nancy Halsell | $ 7,342.76 | $ 0.00 | $ 0.00 |
| 36B | Keala & Hannah Aiwohi | $ 10,877.54 | $ 0.00 | $ 0.00 |
| 37B | Thomas McCabe and Dorothy Craven | $ 9,063.03 | $ 0.00 | $ 0.00 |
| 38B | Niels Van Wessem | $ 1,470.03 | $ 0.00 | $ 0.00 |
| 39B | Julliette Bello | $ 1,858.54 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 40B | Frank Santiago, Jr. | $ 16,321.55 | $ 0.00 | $ 0.00 |
| 41B | Jose & Carla Rodrigues | $ 49,935.46 | $ 0.00 | $ 0.00 |
| 42B | Matthew & Julie Brumley | $ 1,206.98 | $ 0.00 | $ 0.00 |
| 43B | Brian & Teresa Ferreira | $ 19,172.50 | $ 0.00 | $ 0.00 |
| 44B | Velma Panlasigui | $ 13,385.29 | $ 0.00 | $ 0.00 |
| 45B | Tony & Lulu Panlasigui | $ 19,546.93 | $ 0.00 | $ 0.00 |
| 46B | Steven Hatcher | $ 8,208.32 | $ 0.00 | $ 0.00 |
| 47B | Randall & Jan Ayala | $ 609.65 | $ 0.00 | $ 0.00 |
| 48B | Donna Wilson | $ 56,738.45 | $ 0.00 | $ 0.00 |
| 49B | Spencer Carter | $ 44,476.11 | $ 0.00 | $ 0.00 |
| 50B | Marshall Mainaga | $ 1,224.56 | $ 0.00 | $ 0.00 |
| 51B | Rodney & Marieta Anoba | $ 4,701.04 | $ 0.00 | $ 0.00 |
| 52B | Helena Ross Brown | $ 2,059.78 | $ 0.00 | $ 0.00 |
| 53B | Melinda Lacour | $ 3,530.58 | $ 0.00 | $ 0.00 |
| 54B | Jon & Lydia Toda | $ 31,860.15 | $ 0.00 | $ 0.00 |
| 55B | John & Robin Putman | $ 5,922.70 | $ 0.00 | $ 0.00 |
| 56B | Jim & Carol Contreras | $ 22,788.11 | $ 0.00 | $ 0.00 |
| 57B | William & Janice Wimberley | $ 11,947.57 | $ 0.00 | $ 0.00 |
| 58B | Rafael & Kathleen Castro | $ 11,852.71 | $ 0.00 | $ 0.00 |
| 59B | Garrick & Okja Hinaga | $ 30,788.33 | $ 0.00 | $ 0.00 |
| 60B | Kai & Cindy Johnson | $ 860.32 | $ 0.00 | $ 0.00 |
| 61B | Cynthia Liebe-Johnson | $ 1,095.01 | $ 0.00 | $ 0.00 |
| 62B | Brenda Hinaga | $ 1,595.65 | $ 0.00 | $ 0.00 |
| 63B | Joe & Marie Daleo | $ 124,131.10 | $ 0.00 | $ 0.00 |
| 64B | Shelley Johnson | $ 11,111.27 | $ 0.00 | $ 0.00 |
| 65B | Paula Ambre | $ 11,752.81 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 66B | James & Barbara Noel | $ 0.00 | $ 0.00 | $ 0.00 |
| 67B | Damien Carbonel | $ 48,274.87 | $ 0.00 | $ 0.00 |
| 68B | Jacquelynne Mauvais | $ 9,696.73 | $ 0.00 | $ 0.00 |
| 69B | Chad Viela | $ 81,896.00 | $ 0.00 | $ 0.00 |
| 70B | Doug Harris | $ 11,350.02 | $ 0.00 | $ 0.00 |
| 71B | James Quitan | $ 1,752.74 | $ 0.00 | $ 0.00 |
| 72B | Patrick and Kathryn Collins | $ 40,403.65 | $ 0.00 | $ 0.00 |
| 73B | Daniel Coleman and Franki Servetti-Coleman | $ 60,400.56 | $ 0.00 | $ 0.00 |
| 74B | Ronald & Edna Balagso | $ 60,020.53 | $ 0.00 | $ 0.00 |
| 75B | Darla Palmer | $ 16,436.58 | $ 0.00 | $ 0.00 |
| 76B | Donna Vida | $ 1,605.20 | $ 0.00 | $ 0.00 |
| 77B | Brian & Christine Haruguchi | $ 28,862.06 | $ 0.00 | $ 0.00 |
| 78B | Bert & Leona Kauhane | $ 28,643.02 | $ 0.00 | $ 0.00 |
| 79B | Peter Sansome | $ 58,446.10 | $ 0.00 | $ 0.00 |
| 80B | Hisa Fukuda | $ 3,183.27 | $ 0.00 | $ 0.00 |
| 81B | Kay Fukuda | $ 1,723.99 | $ 0.00 | $ 0.00 |
| 82B | Linda Sanford-Phillips | $ 2,323.84 | $ 0.00 | $ 0.00 |
| 83B | Maria Valentine | $ 14,695.52 | $ 0.00 | $ 0.00 |
| 84B | Hayden & Wendy Pogni | $ 25,432.16 | $ 0.00 | $ 0.00 |
| 85B | Hayden and Wendy Pogni | $ 124,853.95 | $ 0.00 | $ 0.00 |
| 86B | Gianna Pogni | $ 489.72 | $ 0.00 | $ 0.00 |
| 89B | Loreto Enrique | $ 85,738.37 | $ 0.00 | $ 0.00 |
| 91B | Albert G. Fleming & Gloria G. Abbott | $ 15,884.76 | $ 0.00 | $ 0.00 |
| 92B | Joanie Minkler | $ 1,713.83 | $ 0.00 | $ 0.00 |
| 93B | Jeff & Iris Ota | $ 16,337.87 | $ 0.00 | $ 0.00 |
| 94B | Troy & Brandy Rickard | $ 1,834.62 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 95B | Vonnie C. Carter | $ 2,873.53 | $ 0.00 | $ 0.00 |
| 96B | Bonnie Gaddo | $ 851.51 | $ 0.00 | $ 0.00 |
| 97B | John Caputo | $ 7,543.17 | $ 0.00 | $ 0.00 |
| 98B | Dirk Reith & Alicia de Ramer | $ 1,257.56 | $ 0.00 | $ 0.00 |
| 99B | Alicia de Ramer | $ 1,373.07 | $ 0.00 | $ 0.00 |
| 100B | Alicia de Ramer | $ 1,931.24 | $ 0.00 | $ 0.00 |
| 101B | Buena G. Balagso | $ 29,343.37 | $ 0.00 | $ 0.00 |
| 103B | Chelsea Mauvais | $ 582.38 | $ 0.00 | $ 0.00 |
| 104B | Carolina DeCalisto | $ 728.62 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors  $ 2,809,124.36

Remaining Balance  $ 91,806.26

Tardily filed claims of general (unsecured) creditors totaling $ 349,109.66 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 44.7 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 106A | Joseph Prutch | $ 1,450.00 | $ 338.95 | $ 485.18 |
| 107A | Frank & Nancy Firestine | $ 70,000.00 | $ 16,363.26 | $ 23,422.56 |
| 110A | Francine Narito | $ 134,920.65 | $ 31,539.16 | $ 45,145.54 |
| 111A | Mark R. and Marh J.K. Kluth | $ 10,000.00 | $ 2,337.61 | $ 3,346.08 |
| 112A | Stacey Stiller | $ 25,123.96 | $ 5,873.00 | $ 8,406.67 |
| 114A | Braxton Tabb | $ 32,875.00 | $ 7,684.89 | $ 11,000.23 |
| 106B | Joseph Prutch | $ 272.99 | $ 0.00 | $ 0.00 |
| 107B | Frank & Nancy Firestine | $ 5,988.72 | $ 0.00 | $ 0.00 |
| 110B | Francine Narito | $ 57,957.58 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 111B | Mark R. and Marh J.K. Kluth | $ 2,010.53 | $ 0.00 | $ 0.00 |
| 112B | Stacey Stiller | $ 6,203.37 | $ 0.00 | $ 0.00 |
| 114B | Braxton Tabb | $ 2,306.86 | $ 0.00 | $ 0.00 |

    Total to be paid to tardy general unsecured creditors      $ 91,806.26

    Remaining Balance      $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Dane S. Field
Chapter 7 Trustee

*DANE S. FIELD, TRUSTEE*
*P.O. Box 4198*
*Honolulu, HI 96812*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.