| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | The Mortgage Store, Inc. <br> First Name / Middle Name / Last Name |
| Debtor 2 (Spouse, if filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court - District of Hawaii | |
| Case number | 10-03454 |



## Local Form H1340 (10/19)
## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | 26,781.89 |
|---|---|
| Claimant's Name: | The Estate of Nancy Parker Halsell |
| Claimant's Address - at time claim was filed: (*if different from below*) | 2811 Ohina Street <br> Kihei, HI 96753 <br><br> *Provide documentation that Claimant resided or did business at this address.* |
| Claimant's Current Mailing Address, Phone Number, & email Address: | Stacey Parker Strong <br> Personal Representative of the Estate of Nancy Parker Halsell <br> 219 Twisted Pine Drive <br> Grants Pass, OR 97527 |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check statements that apply*):

- [ ] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- [ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession, or by other means.
- [ ] Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator)
- [x] Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

- [x] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.
- [x] The payee's taxpayer information (Form W-9 or alternate form) is attached.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

### 4. Notice to United States Attorney

☑ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
District of Hawaii
300 Ala Moana Boulevard, Room 6100
Honolulu, HI 96850.

### 5. Applicant's Declaration

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Date: 6-1-2020

*(signed) Stacey P. Strong*
Signature of Applicant

Stacey Parker Strong
Printed Name of Applicant

Address: 219 Twisted Pine
Grants Pass Oregon 97527

Telephone: 208-713-4600

Email: _____

### 5. Co-Applicant's Declaration

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

_____
Signature of Applicant

_____
Printed Name of Applicant

Address: _____

Telephone: _____

Email: _____

### 6. Notarization

STATE OF: Oregon

COUNTY OF: Jackson

This 2-page Application for Payment of Unclaimed Funds, dated June 1, 2020, was subscribed and sworn to before me this 1st day of June, 2020 by:

Stacey P. Strong,

who signed above and is personally known to me (or provided to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)  Notary Public *(signed)*

My commission expires: 5/1/23

### 6. Notarization

STATE OF: _____

COUNTY OF: _____

This 2-page Application for Payment of Unclaimed Funds, dated _____, was subscribed and sworn to before me this ____ day of _____, 20___ by:

_____,

who signed above and is personally known to me (or provided to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)  Notary Public _____

My commission expires: _____



OFFICIAL STAMP
RONDA MARIE KENNEDY
NOTARY PUBLIC-OREGON
COMMISSION NO. 987056
MY COMMISSION EXPIRES MAY 01, 2023

# CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, <u>a true and correct copy of the foregoing application with all required documentation</u> was mailed to:

> Office of the United States Attorney
> District of Hawaii
> 300 Ala Moana Boulevard, Suite 6100
> Honolulu, HI 96850.

Names and addresses of any other parties served:
Office of the United States Attorney
District of Hawaii
300 Ala Moana Boulevard, Room 6100
Honolulu, HI 96850.

Date: June 1, 2020

Signature: /s/ Ronda M. Kennedy

Name: Ronda Kennedy

Address: Brophy Law PC
PO Box 1027
23 Newtown Street
Medford, OR 97501